928

No. 73-6272. ALMEIDA *v.* MASSACHUSETTS. Appeal from Dist. Ct. W. Norfolk County, Mass., dismissed for want of jurisdiction. 28 U. S. C. § 1257.

No. 73-6366. BRAY, DBA ROCKY MOUNTAIN MINT & DEPOSITORY *v.* UNITED STATES ET AL. Appeal from D. C. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73-6565. HAAS *v.* HAAS ET AL. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. A-1154. CAMPBELL ET AL. *v.* BEAUGHLER ET AL. Application for stay of judgment of dismissal by the United States District Court for the District of Arizona pending appeal to the United States Court of Appeals for the Ninth Circuit presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 73-6573. HUNTER *v.* PHILLIPS, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.; and
No. 73-6580. GELLIS *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 73-1475. HARRIS COUNTY COMMISSIONERS COURT ET AL. *v.* MOORE ET AL. Appeal from D. C. S. D. Tex. Probable jurisdiction noted.